UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X

PHILLIP JEAN-LAURENT,

                              Plaintiff,                     **ORDER**
                                                                   **05 CV 1155 (KAM)(LB)**

                -against-

P.O. DAVID HENNESSY, #4610; SERGEANT
PAUL O'DONNELL; and JOHN DOE,

                              Defendants.

----------------------------------------------------------X

**BLOOM, United States Magistrate Judge:**

        The Court held a telephonic status conference on December 15, 2009 pursuant to Fed. R. Civ. P. 16. Defendants shall produce to plaintiff the two CCRB reports as discussed on the record by December 31, 2009.

        Plaintiff requests permission to include up to nine witnesses in the joint pretrial order, whom he identified by aliases in both his deposition and responses to interrogatories. Defendants' objections to plaintiff's application are well taken. However, as plaintiff has consistently referred to the same individuals on more than one occasion, albeit with aliases, in an abundance of caution, the Court will afford plaintiff one more opportunity to properly identify these witnesses. Plaintiff expects to be released from prison on September 16, 2010. Accordingly, plaintiff shall provide the full names, addresses, and telephone numbers of these alleged witnesses by October 10, 2010, or he will be precluded from using the witnesses' testimony. All other discovery is closed. The Court will not consider an extension request by plaintiff. If plaintiff does produce the full names and contact information for these witnesses by October 10, 2010, defendants' counsel may make an application to reopen discovery for the limited

purpose of deposing these witnesses.

SO ORDERED.

/S/
LOIS BLOOM
United States Magistrate Judge

Dated: December 17, 2009
    Brooklyn, New York