Phillip Jean-Laurent, #05-A-3771
Attica Correctional Facility
Exchange Street, Box 149
Attica, New York 14011-0149

February 1, 2010

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ FEB 04 2010 ★

BROOKLYN OFFICE

Honorable Lois Bloom
United States Magistrate Judge
United State Courthouse
225 Cadman Plaza East
Brooklyn, N.Y. 11201

Re: Jean-Laurent v. Hessessy,
05 Civ. 1155 (KAM)(LB)

Dear Magistrate Bloom:

I am the plaintiff in the above-referenced matter. I am writing the Court in regards to the order of December 17, 2009 which Your Honor directed the attorney for the defendants', Mr. Morgan Kunz, "snall" produce to plaintiff the two CCRB reports previously withheld.

By letter communicated to Mr. Kunz dated January 18, 2010, I duly reminded him of the order of the Court dated December 17, 2010 requiring him to produce two CCRB reports it previously redacted. To date, it is now well over fourty-five days since the Court ordered the production of the CCRB reports and fifteen days since I personally reminded Mr. Kunz of his failure to act upon the order of the Court. It appears to me that Mr. Kunz has not only disregarded my reminder to him, but that he is simply ignoring and resisting the order of the Court by his failure to comply with said order of the Court.

For this reason, I am respectfully requesting that the Court hold Mr. Kunz in contempt of court unless he acts expeditiously to comply with the Court's order directing the production of the subject matter CCRB report, and for such other intervention the Court may deem necessary to persuade Mr. Kunz to comply with the order of the Court.

Thank you for your attention in this matter.

The CCRB reports have been produced. See document 129.

The application is ___ granted ✓ denied
SO ORDERED,
/Signed by Judge Lois Bloom/
Lois Bloom, U.S.M.J.
Dated: 2/12/10
Brooklyn, New York

Respectfully Submitted,

Phillip Jean-Laurent, #05-A-3771
Plaintiff, Pro Se

**By Mail Delivery**

To: Mr. Morgan Kunz
    Assistant Corporation Counsel
    100 Church Street
    New York, N.Y. 10007

ATTICA CORRECTIONAL FACILITY
BOX 149
ATTICA, NEW YORK 14011-0149
NAME: Phillip Jean-Laurent   DIN: 05-A-3721

ATTICA
CORRECTIONAL FACILITY

Honorable Lois Bloom
United States Magistrate Judge
United States Courthouse
225 Cadman Plaza East
Brooklyn, N.Y. 11201

Legal Mail